UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOSE PADILLA,**

   Plaintiff,

v.     No. 4:23-CV-00426-P

**SHC ELECTRIC LLC,**

   Defendant.

## ORDER

The Court's record reflects that this case was filed on April 29, 2023. ECF No. 1. Service has not been completed as of August 15, 2023, and Plaintiff's Counsel has yet to take any action on this case. Federal Rule of Civil Procedure 4 governs the time limit of service and provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

FED. R. CIV. P. 4(m).

It has been over 90 days since Plaintiff filed his complaint and service has yet to occur. And after giving notice and asking Plaintiff to show good cause for this failure (ECF No. 10)—he produced nothing that meets this standard. ECF No. 11. Therefore, because Plaintiff has failed to serve Defendant within ninety days, failed to provide any status update to the Court regarding service, and failed to evidence good cause for any of these failures, the Court **ORDERS** that this case is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 4(m).

**SO ORDERED** on this **15th day of August 2023.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE