UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOSE PADILLA,**

   Plaintiff,

v.                                         No. 4:23-CV-00426-P

**SHC ELECTRIC LLC,**

   Defendant.

## FINAL JUDGMENT

This judgment is issued pursuant to FED. R. CIV. P. 58(a). This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED** that this suit is **DISMISSED without prejudice**.

**SO ORDERED** on this **15th day of August 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE