# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jose Padilla, both individually, and on behalf of those similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SHC Electric, LLC.  )<br>)<br>Defendants.  ) | Case No. 4:23-cv-00426-P |

### Notice of Settlement

Plaintiff Jose Padilla ("Plaintiff"), by and through his counsel, James M. Dore, file this Notice of Settlement and advise this Honorable Court that a settlement in principle has been reached with Defendant SHC Electric, LLC.

The Parties request the Court to strike future deadlines, as they anticipate a settlement being completed in the matter, and request thirty (30) days to memorialize such agreement.

/s/ **James M. Dore**

James M. Dore (Texas Bar No. 24128272)
**Justicia Laboral LLC**
*Attorneys for Plaintiffs*
6232 N. Pulaski, #300
Chicago, IL 60646
Phone: 773-415-4898
jdore@justicialaboral.com